# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR136 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| SHANON R. THOMAS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to expedite sentencing (Filing No. 89).

The Defendant requests sentencing as soon as possible, arguing that because a life sentence is required and the sentencing guidelines do not apply there is no need for a Presentence Investigation Report ("PSR").

A PSR will be helpful to the Bureau of Prisons and, in therefore, indirectly to the Defendant. Once the final PSR is sent to the Court and each party files a statement indicating there are no objections, the Defendant may renew his request for an expedited hearing.

Therefore,

IT IS ORDERED that the Defendant's motion to expedite sentencing (Filing No. 89) is denied.

DATED this 10th day of December, 2010.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge